

48 Wall Street, Suite 1100
New York, NY 10005

**Lance A. Clarke**
Managing Partner
clarke@HCLLPLaw.com

Tel: 212-729-0952
www.HCLLPLaw.com

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

January 6, 2026

**APPLICATION GRANTED
SO ORDERED** _Vernon Broderick_
**VERNON S. BRODERICK
U.S.D.J.** 01/07/2026

The sentencing for the VOSR scheduled for January 15, 2026, is hereby adjourned to January 30, 2026 at 10:00 AM.

### Re: United States v. Abdoulaye Diallo, 19-CR-189 (VSB)

Dear Judge Broderick,

Abdoulaye Diallo is currently scheduled for a sentencing hearing on January 15, 2026. We write, with the consent of the Government, to respectfully request a brief adjournment of this sentencing hearing to January 27, 2026, or a date thereafter convenient to the Court. Such an adjournment would afford defense counsel additional time to prepare Mr. Diallo's sentencing submission, safeguarding his right to the effect assistance of counsel.

I thank Your Honor for your time and attention to this matter, and am available should Your Honor require any further information.

Respectfully submitted,

/s/ Lance Clarke
Lance Clarke, Esq.

cc:    All parties of record via ECF